**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00917-REB-CBS

RICHARD D. MAINS,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Joint Motion To Continue Trial** [#21] filed April 19, 2013. After reviewing the motion and the record, the court has concluded that the motion should be granted and that the Trial Preparation Conference and jury trial in this matter should be vacated and continued pending further order of court.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Continue Trial** [#21] filed April 19, 2013, is **GRANTED**;

    2. That the Trial Preparation Conference set for May 31, 2013, and the jury trial set to commence June 17, 2013, are **VACATED** and are **CONTINUED** pending further order of court;

    3. That on **April 25, 2013**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the Trial Preparation Conference and jury trial. Counsel at that time will provide the court with their best estimate of when plaintiff will reach his maximum medical improvement; and

    4. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 19, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.