**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00917-REB-CBS

RICHARD D. MAINS,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

      Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

      The matter is before me on the **Stipulation For Dismissal With Prejudice** [#24][1] filed April 23, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to pay its attorney fees and costs.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#24] filed April 23, 2013, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay its attorney fees and costs.

      Dated April 24, 2013, at Denver, Colorado.

                               **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.