## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  12-cv-00917-REB-CBS

RICHARD D. MAINS,

     Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter is before me on the **Stipulation For Dismissal With Prejudice** [#24][1] filed

April 23, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation

should be approved and that this action should be dismissed with prejudice with each party to

pay its attorney fees and costs.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation For Dismissal With Prejudice** [#24] filed April 23, 2013, is

**APPROVED**; and

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay its attorney

fees and costs.

     Dated April 24, 2013, at Denver, Colorado.

                                   **BY THE COURT:**

                                   Robert E. Blackburn
                                   United States District Judge

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.